In the Matter of MEYER CHIZNER, Appellant, against WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Submitted April 11, 1933; decided April 25, 1933.)

*Reginald S. Hardy* and *Edward L. Kelly* for appellant.
*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Henry J. Shields* and *Martin H. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.